UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: __15-20350__ |
| | : | |
| George B. Wilson | : | Adv. No.: ____N/A____ |
| | : | |
| | : | Judge: ____JNP____ |
| Debtor (s), | : | |
| _____ | : | Chapter: ____13____ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ___Jerrold N. Poslusny, Jr.___, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Certification of Default Submitted by the Chapter 13 Standing Trustee

**Location of Hearing:** Courtroom No. _4C_
Mitchell H. Cohen Courthouse
400 Cooper Street, 4th Floor
Camden, NJ  08101

**Date and Time:** October 28, 2016 at 10:00 a.m.,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** __✔__ ARE REQUIRED      _____ ARE NOT REQUIRED

DATED: __October 3, 2016__                 JAMES J. WALDRON, Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on ____October 3____, 20 _16_ the foregoing notice was served on the following:

Chapter 13 Standing Trustee
Debtor(s)
Attorney for Debtor via CM/ECF

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-20350-JNP
George B. Wilson                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 03, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2016.
db         George B. Wilson,    1457 Greenwood Ave,   Camden, NJ   08103-2929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2016 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae")  NJECFMAIL@mwc-law.com
              Brad J. Spiller    on behalf of Debtor George B. Wilson bankruptcy@brennerlawoffice.com
              Celine P. Derkrikorian    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae")  njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                               TOTAL: 8