**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 15−20350−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George B. Wilson
   1457 Greenwood Ave
   Camden, NJ 08103−2929

Social Security No.:
   xxx−xx−2927

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/16/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 16, 2017
JAN: dac

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-20350-JNP
George B. Wilson                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Jun 16, 2017
                              Form ID: 148               Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
```
db              George B. Wilson,    1457 Greenwood Ave,    Camden, NJ  08103-2929
515545555      +Apex Asset,    1891 Santa Barbara,    Lancaster, PA 17601-4106
515545561      +Cnvrgt Hthcr,    124 Sw Adams St,    Peoria, IL 61602-1320
515545563       Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH  45274-0021
515545565       Lakeview Loan Servicing,    4425 Ponce De Leon Blvd 5th FL,    Coral Gables, FL  33146-1837
515589404      +Lakeview Loan Servicing, LLC,    Attn M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
516554611       Lakeview Loan Servicing, LLC,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
515545568       McCabe, Weisberg & Conway, PC,    216 Haddon Ave Ste 303,    Haddon Township, NJ  08108-2811
515545570      +Quality Asset Recovery,    7 Foster Ave,    Gibbsboro, NJ 08026-1191
515545571       Virtua Health,    PO Box 8500-8267,    Philadelphia, PA  19178-8500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2017 22:12:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2017 22:12:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
515576602      +EDI: LTDFINANCIAL.COM Jun 16 2017 21:58:00      Advantage Assets II, Inc.,
                 7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
515545560       EDI: CITICORP.COM Jun 16 2017 21:58:00      Citibank,   Bankruptcy,    PO Box 20363,
                 Kansas City, MO  64195-0363
515545559       EDI: CITICORP.COM Jun 16 2017 21:58:00      Citibank,   Attn: Corporate Bankruptcy Department,
                 7920 NW 110th St,    Kansas City, MO  64153
515545557       EDI: AIS.COM Jun 16 2017 21:58:00      Capital One Bank,    C/O American Infosource,
                 PO Box 54529,    Oklahoma City, OK  73154-1529
515545558      +EDI: CAPITALONE.COM Jun 16 2017 21:58:00      Capital One Bank,    ATTN: BANKRUPTCY DEPT.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
515545562       E-mail/Text: legal-dept@cooperhealth.edu Jun 16 2017 22:12:13      Cooper Health System,
                 PO Box 6018,    Bellmawr, NJ  08099-6018
515545564       EDI: RMSC.COM Jun 16 2017 21:58:00      Ge Money,    PO Box 960061,    Orlando, FL  32896-0061
515545566      +EDI: LTDFINANCIAL.COM Jun 16 2017 21:58:00      Ltd Financial Svcs Lp,    7322 Southwest Fre,
                 Houston, TX 77074-2010
515545567       E-mail/Text: camanagement@mtb.com Jun 16 2017 22:12:02     M&T Bank,    PO Box 62182,
                 Baltimore, MD  21264-2182
515545569      +EDI: MID8.COM Jun 16 2017 21:58:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515545556     ##+Ars Account Resolution,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
515781687      ##Federal National Mortgage Association,    c/o Seterus,    PO Box 2008,
                 Grand Rapids, MI 49501-2008
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jun 16, 2017
                               Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:

        Alexandra T. Garcia    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") NJECFMAIL@mwc-law.com
        Brad J. Spiller    on behalf of Debtor George B. Wilson bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
        Celine P. Derkrikorian    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae") njecfmail@mwc-law.com
        Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

        TOTAL: 8